IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| BRIAN HOLLEY, | ) |
| Plaintiff, | ) |
| v. | ) 7:13-CV-2341-WMA-JEO |
| OFFICER JOLLY YOUNG, JR., et al., | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 21, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) because it is frivolous and fails to state a claim upon which relief may be granted. No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) because it is frivolous and fails to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 20th day of May, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE